**Maurice Wayne JONES,**
**Plaintiff–Appellant,**

v.

**Patricia R. STANSBERRY,**
**Defendant–Appellee.**

No. 06–7042.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2006.

Decided: Jan. 12, 2007.

Maurice Wayne Jones, Appellant Pro Se.

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice Wayne Jones appeals the district court's order dismissing his *Bivens* * complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the dis-

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct.    1999, 29 L.Ed.2d 619 (1971).

trict court. *Jones v. Stansberry*, No. 5:06–ct–03012–D (E.D.N.C. May 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*